v.

DEPARTMENT OF HUMAN SERVICES, Respondent

No. 301 WAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**